**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| v. | : | CRIMINAL NO. 5:26-CR-_____ |
| | : | |
| RODNEY HOWELL, JR | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1703(a) |
| | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Delay or Destruction of Mail)

On or about November 13, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**RODNEY HOWELL, JR,**

the defendant herein, a United States Postal Service employee, did unlawfully secret, detain, and delay letters, postal cards, and other mail entrusted to him and which came into his possession and was intended to be conveyed by mail, carried, and delivered by the Postal Service, in violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*_____
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

_____
TRAVIS LYNES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this _10_ day of June, 2026.

_____
Deputy Clerk

1